UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RUSSELL, AK4805,<br>　　　　Petitioner,<br>　v.<br>ROBERT W. FOX, Warden,<br>　　　　Respondent. | Case No. 18-cv-01112-CRB (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order dismissing the petition for a writ of habeas corpus, this habeas action is dismissed without prejudice to pursuing a civil right action under 42 U.S.C. § 1983.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 2, 2018

　　　　　　　　　　　　_____
　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RUSSELL,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX,<br><br>        Defendant. | Case No. 3:18-cv-01112-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert G. Russell ID: AK4805
San Quentin State Prison West Block 421
San Quentin, CA 94976

Dated: April 2, 2018

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable CHARLES R. BREYER